**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-00388-JLK

TWO-WAY MEDIA LTD,

        *Plaintiff,*

    v.

DISH NETWORK CORPORATION;
DISH DBS CORPORATION;
DISH NETWORK L.L.C.;
DISH NETWORK SERVICE L.L.C.;
ECHOSTAR CORPORATION;
ECHOSTAR TECHNOLOGIES, L.L.C.;
ECHOSTAR SATELLITE SERVICES, L.L.C.;
SLING MEDIA, INC.;
SLING TV HOLDING L.L.C.;
SLING TV L.L.C.; and
SLING TV PURCHASING L.L.C.,

        *Defendants.*

## ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff Two-Way Media Ltd ("TWM") announced to the Court that the parties have

settled all of TWM's claims for relief asserted in this case against Defendants DISH Network

Corporation; DISH DBS Corporation; DISH Network L.L.C., DISH Network Service L.L.C.,

EchoStar Corporation, EchoStar Technologies, L.L.C., EchoStar Satellite Services, L.L.C., Sling

Media, Inc., Sling TV Holding L.L.C., Sling TV L.L.C., and Sling TV Purchasing L.L.C.

(collectively, "DISH"). There are no pending counterclaims. The Court, having considered this

request, is of the opinion that TWM's request for dismissal (Doc. 42) should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against DISH by TWM

herein are dismissed with prejudice; and IT IS FURTHER ORDERED that all attorney fees,

costs of court, and expenses shall be borne by each party incurring the same.

SO ORDERED this 15th day of December, 2016

BY THE COURT:

_____
JOHN L. KANE,
Senior U.S. District Court Judge